FILED

05/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0215

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court No.
## DA 24-0215

| | |
|---|---|
| JACQUELYN M. HUGHES, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | **GRANT OF EXTENSION** |
| ) | |
| ERIC L. ANDERSON and MID- ) | |
| CENTURY INSURANCE COMPANY, ) | |
| ) | |
| Appellees. ) | |

UPON MOTON of Appellant, Jacquelyn M. Hughes and with the consent of Appellee, Eric L. Anderson, Appellant is granted until June 17, 2024 to file her opening brief.

Page 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 1 2024